■ In the Matter of GABRIELLE SMITH, Respondent, v CHESTER THOMAS, SR., Appellant. [1 NYS3d 873]—Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered December 6, 2013 in a proceeding pursuant to Family Court Act article 6. The order granted the petition for a modification of custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley, Sconiers and DeJoseph, JJ.